### 73763. RIMES v. THE STATE.
(356 SE2d 897)

BEASLEY, Judge.

The requirement of a timely filed notice of appeal is jurisdictional, even as to criminal cases, and, absent an extension, upon the failure to file such notice within 30 days after a judgment becomes final the appeal must be dismissed. OCGA §§ 5-6-38 (a) and 5-6-39. *Melton v. State*, 177 Ga. App. 134 (338 SE2d 701) (1985); *Barthell v. State*, 174 Ga. App. 459 (330 SE2d 180) (1985); *Taylor v. State*, 173 Ga. App. 745 (327 SE2d 860) (1985); *Westerfield v. State*, 169 Ga. App. 510 (313 SE2d 768) (1984); and the cases cited.

*Appeal dismissed. Deen, P. J., Banke, P. J., Carley and Pope, JJ., concur. Birdsong, C. J., McMurray, P. J., Sognier and Benham, JJ., dissent.*

McMURRAY, Presiding Judge, dissenting.

I am unable to agree with the majority's holding that the appeal should be dismissed as it is my view that the case sub judice is controlled by the decision in *Evitts v. Lucey*, 469 U. S. 387 (105 SC 830, 83 LE2d 821), and should be decided on the merits.

I am authorized to state that Chief Judge Birdsong, Judge Sognier and Judge Benham join in this dissent.

DECIDED APRIL 9, 1987 —
REHEARING DENIED APRIL 28, 1987 —

*George A. Zettler*, for appellant.
*Spencer Lawton, Jr., District Attorney, John E. Morse, Jr., Assistant District Attorney*, for appellee.